D/KS Prob. 22
(Rev 06/13)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| **DOCKET NUMBER (Trans. Court)**<br>PACTS# 7497711<br>1083 5:21CR40062-001 | |
| **DOCKET NUMBER *(Rec. Court)***<br>2:25-cr-00243-JCM-MDC | |

| NAME AND ADDRESS OF PROBATIONER / SUPERVISED RELEASEE: | DISTRICT<br>District of Kansas | DIVISION |
|---|---|---|
| Fernando Valle<br>1300 Metropolitan Avenue<br>USP Leavenworth<br>Leavenworth, KS 66048 | NAME OF SENTENCING JUDGE<br>Honorable Toby Crouse | |
| | DATES OF PROBATION / SUPERVISED RELEASE: | FROM<br>03/06/2024 | TO<br>03/05/2026 |

X FILED   ___ RECEIVED
___ ENTERED   ___ SERVED ON
09/12/2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**OFFENSE:**

Narcotics - Sell - Distribute - Or Dispense in violation of 21 U.S.C. § 841B, Class A Felony

**JUSTIFICATION/REASON FOR TRANSFER:**

Transfer of jurisdiction is advantageous for the person under supervision to be successful due to pro-social ties in the receiving district. Fernando Valle does not intend to return to the District of Kansas.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the court to the United States District Court for the District of Nevada upon that court's order of acceptance of jurisdiction.

This court hereby expressly consents that the period of probation or supervised release may be changed by the district court to which this transfer is made without further inquiry of this court.*

| August 8, 2025 | s/ Toby Crouse |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted at the discretion of the transferring court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

| August 26, 2025 | *[signature]* James C. Mahan |
|---|---|
| Effective Date | United States District Judge |

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Fernando Valle
Case No.:  TO BE DETERMINED

**REQUESTING ACCEPTANCE OF JURISDICTION**

August 8, 2025

TO:    United Stated District Judge

On December 21, 2022, Fernando Valle was sentenced in the District of Kansas by the Honorable Judge Toby Crouse to a term of 46 months imprisonment followed by two (2) years of supervised release for committing the offense of Possession with the Intent to Distribute Heroin, a Class A Felony. On March 6, 2024, Valle commenced his supervised release term in the Central District of California. On November 15, 2024, the District of Nevada accepted supervision of Valle's case.

Valle has no intention of returning to the District of Kansas. As such, the Probation Office recommends that the Court accept jurisdiction of the case. As noted by their signature on the attached Transfer of Jurisdiction form (Prob 22), Judge Toby Crouse has agreed to relinquish jurisdiction. Should the Court agree with this request, the Transfer of Jurisdiction form is attached for You Honor's signature.

If you have any questions, please contact the undersigned officer at (702) 527-7295.

Respectfully submitted,

Digitally signed by Victoria Willard
Date: 2025.08.12 13:32:15 -07'00'

Victoria Willard
Probation Officer Assistant

Approved:

Digitally signed by Amberleigh Barajas
Date: 2025.08.12 12:50:52 -07'00'

Amberleigh Barajas
Supervisory United States Probation Officer